FILED

04/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0499

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0499

STATE OF MONTANA,

Plaintiff and Appellee,

v.

SCOTT STEVEN FJELSTED,

Defendant and Appellant.

**GRANT OF EXTENSION**

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including May 5, 2020, within which to prepare, serve, and file its response brief.

MP

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 1 2020